EXHIBIT #1

**16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY**

**STATE OF LOUISIANA**

**NO:** 137408 **DIVISION:** DIV. "A"

**LAWRENCE EDWARDS**

**VERSUS**

**INTERMOOR, INC. AND TIDEWATER MARINE, L.L.C.**

FILED: APR 12 2023 JENNIFER R. SPLANE
DEPUTY CLERK

**PETITION FOR DAMAGES**

The Petition of LAWRENCE EDWARDS, a person of the full age of majority and a resident of the Parish of St. Mary, State of Louisiana, respectfully represents that:

1.

The jurisdiction of this Court is invoked under the Jones Act and the general maritime law and brought pursuant to the "savings to suitors" clause, 28 U.S.C. § 1333 or, alternatively, under the law of Louisiana, more particularly L.S.A.-C.C. Article 2315, et seq.

2.

The first named defendant herein is INTERMOOR, INC. (hereinafter "INTERMOOR"), a foreign company, licensed to do and doing business in this Parish and State, whose principal place of business in the State of Louisiana is in St. Mary Parish. Upon information, knowledge, and belief, the incident that is the subject of this litigation occurred in navigable waters of the Gulf of Mexico off the coast of this Parish and State on a barge, the M/V PACIFIC DUCHESS, a vessel owned and operated by Defendant, INTERMOOR, INC., and /or TIDEWATER MARINE, L.L.C.. Further, upon knowledge, information and belief, Defendant regularly engages in business in this Parish and State.

3.

The second named defendant herein is TIDEWATER MARINE, L.L.C., a foreign company, licensed to do and doing business in this Parish and State, and upon information and belief, had supervision over the matter at issue. Upon information, knowledge, and belief, the incident that is the subject of this litigation occurred in navigable waters of the Gulf of Mexico

off the coast of this Parish and State at a rig or platform owned and operated by Defendant, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C.. Further, upon knowledge, information and belief, Defendant, TIDEWATER MARINE, L.L.C., regularly engages in business in this Parish and State.

4.

At all times pertinent herein, Petitioner, LAWRENCE EDWARDS, was a crew member of a vessel, namely the M/V PACIFIC DUCHESS, which, upon information and belief, was owned and controlled by Defendant herein, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C..

5.

At all times pertinent herein, Petitioner, LAWRENCE EDWARDS, was a seaman under the terms and conditions of the Jones Act, 46 U.S.C. § 30104, et seq., and was performing duties within the course and scope of his employment with Defendant, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C., as a seaman.

6.

On or about December 24, 2022, Petitioner, LAWRENCE EDWARDS, was employed by INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C., as a seaman. At the time of the subject incident, Petitioner was a crewmember of a vessel, namely the M/V PACIFIC DUCHESS, which was owned and operated by INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C., and which was, upon information, knowledge and belief, located in navigable waters in the Gulf of Mexico off the coast of this State.

7.

Petitioner, in compliance with the orders of his supervisor, was performing his job duties as an anchor handler/ rigger in rough seas outside on the deck of the M/V PACIFIC DUCHESS when a large wave struck the vessel.

8.

When the wave hit the M/V PACIFIC DUCHESS, the impact forcefully shoved and pushed the Petitioner and he was able to grab a rope to prevent himself from going overboard.

The force of the wave slammed Petitioner, pinning his left ankle. The impact of the wave caused Petitioner to suffer serious bodily injuries.

9.

Petitioner avers that Plaintiff working on the deck in unreasonably dangerous rough seas, created a hazard at the time of this incident.

10.

As a result of the subject incident, Petitioner suffered serious bodily injuries, including but not limited to, injuries to his back, neck, lower-back and mid-back, left knee, and his left ankle. These injuries occurred as the proximate result of the failure of Defendant, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C. to provide Petitioner with a reasonably safe place to work, as is mandated by the Jones Act, 46 U.S.C. §30104. Petitioner further avers that these injuries occurred as the proximate result of the negligence under Article 2315 of the Louisiana Civil Code and the General Maritime Law of the United States of any employees and agents of Defendant, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C., under the doctrine of *Respondeat Superior*.

**COUNT ONE - UNSEAWORTHINESS**

11.

Petitioner re-avers and re-allege the allegations of paragraphs 1 through 10.

12.

Petitioners' injuries were caused by the unseaworthiness of his assigned vessel, namely, the M/V PACIFIC DUCHESS, whose unseaworthiness consisted of, but was not limited to, the following:

a) Failure to have a properly trained and competent master and crew;
b) Failure to have the necessary equipment or personnel to perform the necessary work aboard the vessel;
c) Failure to have the equipment aboard the vessel in working condition;
d) Failure to assign a proper number of crewman to the task being performed;
e) Failure to properly secure the vessel and provide a safe place to work;
f) Failure to utilize proper operating procedures;

g) Operating the vessel in unsafe and unreasonably dangerous seas; and

h) Any and all other acts of unseaworthiness, which will be shown at the trial of this matter.

**COUNT TWO - NEGLIGENCE**

13.

Petitioner re-avers and re-allege the allegations of paragraphs 1 through 10.

14.

Petitioner further avers that the defendants are liable unto Petitioner under Article 2315 of the Louisiana Civil Code and the general maritime law of the United States. Defendants, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C., are liable for the negligence of any of their employees and agents under the doctrine of *Respondeat Superior*. Petitioner specifically pleads the strict liability of all defendants in accordance with the above-cited Civil Code articles and general maritime law, as well as other applicable code articles, statutes or jurisprudence dealing with such.

15.

The injuries sustained by Petitioner were caused, with no contributing negligence on Petitioner's part, by the negligence of Defendants, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C., whose negligence consisted of but was not limited to the following:

a) Failure to remedy the unseaworthy conditions set forth hereinabove;

b) Failure to provide a safe place to work;

c) Failure to properly train employees as how to operate and ensure safety;

d) Failure to furnish adequate equipment and crew;

e) Using unsafe operating practices;

f) Failure to properly train and implement safe work procedures;

g) Failure to furnish sufficient, knowledgeable, and competent supervisory personnel to monitor the work being performed;

h) Failure to take all precautions such as to avoid this injury;

i) Giving express or implied authorization for unsafe practices;

j) Operating the vessel in unsafe and unreasonably dangerous seas;

k) Failing to exercise reasonable care toward Plaintiff.

l) Any and all of the acts of negligence, which will be shown at the trial of this matter.

**COUNT THREE - MAINTENANCE AND CURE**

17.

Petitioner re-avers and re-allege the allegations of paragraphs 1 through 11.

18.

Petitioner, avers that, at all times pertinent to this action, he was and is entitled to the benefits of maintenance and cure.

19.

As a result of all acts and omissions set forth above, Defendants, INTERMOOR, INC., and/or TIDEWATER MARINE, L.L.C. are liable unto Petitioner, LAWRENCE EDWARDS, for all damages as are reasonable in the premises, which damages consist of, but are not limited to the following:

a) Past, present and future physical pain, suffering and loss of function;

b) Past, present and future mental pain, anguish and suffering;

c) Past, present and future medical expenses which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills, laboratory examinations, physical examination costs, diagnostic studies, and prosthesis;

d) Past, present and future loss of wages, including, but not limited to, loss of salary, fringe benefits, vacation, found, sick leave, overtime, parking, health and hospitalization insurance and disability coverage;

e) Permanent disability to the musculature, ligaments and bones of the body and permanent scarring and disfigurement;

f) General damages cognizable by the laws of Louisiana, its Constitution and the Constitution of the United States of America;

g) Maintenance and Cure; and

EXHIBIT #1

h) Any and all other damages to be shown at the trial of this matter, including potential punitive damages for failing to properly pay maintenance and cure.

WHEREFORE, Petitioner, LAWRENCE EDWARDS, prays that the Defendants, INTERMOOR, INC., and TIDEWATER MARINE, L.L.C., be served with a copy of this Petition and be required to answer in accordance with the law, and that after due proceedings are had, that there be judgment herein in favor of the Petitioner and against Defendants, INTERMOOR, INC., and TIDEWATER MARINE, L.L.C., jointly, severally and *in solido* for all damages, both actual and punitive, as are reasonable in the premises, together with legal interest from the date of judicial demand, until paid, all costs of these proceedings, reasonable attorney's fees, and all general and equitable relief.

Respectfully Submitted:

R. BRENT CUERIA (#18176)
Cueria Law Firm, L.L.C.
650 Poydras Street, Suite 2740
New Orleans, Louisiana 70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
Email: cuerialaw@gmail.com

GEORGE W. BYRNE, JR. (#3744)
Of Counsel
Cueria Law Firm, LLC
650 Poydras Street, Suite 2740
New Orleans, LA 70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011

MARISHA H. FRAAZA (#30894)
Of Counsel
Cueria Law Firm, LLC
650 Poydras Street, Suite 2740
New Orleans, LA 70130
Telephone: (504) 525-5211
Facsimile: (504) 525-3011
Email: mhfcuerialaw@gmail.com

ALLISON B. SCULLY (#34976)
Attorney at Law
12 Alden Lane
Mountain Brook, AL 35213
Telephone: (205) 790-1658

A FACSIMILE OF THIS PLEADING WAS RECEIVED AND FILED ON
APR 10 2023

RECEIVED AND FILED
APR 12 2023
Dy. Clerk of Court

EXHIBIT #1

Email: ascuerialaw@gmail.com

**Attorneys for Petitioner,**
**LAWRENCE EDWARDS**

**PLEASE SERVE THE FOLLOWING:**

**INTERMOOR, INC.**
Through its registered agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**TIDEWATER MARINE, L.L.C.**
Through its registered agent:
Capitol Corporate Services, Inc.
8550 United Plaza Building II, STE. 305
Baton Rouge, LA 70809

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

APR 10 2023

CLERK'S OFFICE, FRANKLIN, LA

APR 12 2023

A true copy of the original

Attest ______
Dy. Clerk of Court

RECEIVED AND FILED

APR 12 2023

______
Dy. Clerk of Court

# CT Packing Slip

CT Corporation

EXHIBIT #1

**UPS Tracking # :** 1ZX212780109796637

**Created By :** BATCH BATCH

**Created On :** 04/18/2023 01:26 PM

**Recipient :**

**Sharon Galloway**

Title : Legal Assistant

Customer : BOYARMILLER

Address : 2925 RICHMOND AVE FL 14

Email : sgalloway@boyarmiller.com

Phone : 832-615-4222 Fax : 713-552-1758

**Package Type :** Envelope

**Items shipped :** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 543653887 | 137408 | InterMoor Inc. |

# CT Packing Slip

CT Corporation

EXHIBIT #1

**UPS Tracking # :** 1ZX212780109796637

**Created By :** BATCH BATCH

**Created On :** 04/18/2023 01:26 PM

**Recipient :**

**Sharon Galloway**

Title : Legal Assistant

Customer : BOYARMILLER

Address : 2925 RICHMOND AVE FL 14

Email : sgalloway@boyarmiller.com

Phone : 832-615-4222 Fax : 713-552-1758

**Package Type :** Envelope

**Items shipped :** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 543653887 | 137408 | InterMoor Inc. |

EXHIBIT #1

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/18/2023
CT Log Number 543653887

## Service of Process Transmittal Summary

**TO:** Sharon Galloway, Legal Assistant
BOYARMILLER
2925 RICHMOND AVE FL 14
HOUSTON, TX 77098-3130

**RE:** **Process Served in Louisiana**

**FOR:** InterMoor Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LAWRENCE EDWARDS // To: InterMoor Inc. |
| **CASE #:** | 137408 |
| **NATURE OF ACTION:** | Employee Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/18/2023 at 09:33 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780109796637 |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT #1

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Apr 18, 2023
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | INTERMOOR, INC. |
| Case Number | 137408 |
| Jurisdiction | LA |

| Inserts | | |
|---|---|---|
| | | |

EXHIBIT #1

# CITATION

LAWRENCE EDWARDS

Vs. No. 137408 Div "A"

INTERMOOR INC, ET AL

STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

To: INTERMOOR, INC., THROUGH ITS AGENT, CT CORPORATION SYSTEM, 3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within TWENTY ONE (21) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, APRIL 12, 2023.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

CLERK'S OFFICE, FRANKLIN, LA

APR 12 2023

A true copy of the original

Attest ______ Dy. Clerk of Court

Jennifer R. Aplane

*Deputy Clerk of Court*
*JRS*

SPACE BELOW FOR SHERIFF'S RETURN

[ SERVICE ]