**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LAWRENCE EDWARDS** | § | **CASE NO. 6:23-cv-000649** |
| | § | |
| **Plaintiff,** | § | |
| | § | **SECTION: DCJ-CBW** |
| **V.** | § | |
| | § | |
| | § | **DISTRICT JUDGE:** |
| | § | **DAVID C. JOSEPH** |
| **TIDERWATER MARINE, LLC** | § | |
| **and INTERMOOR, INC.** | § | **MAGISTRATE JUDGE:** |
| | § | **CAROL B. WHITEHURST** |
| **Defendants.** | § | |

**INITIAL DISCLOSURES OF INTERMOOR, INC.**

Defendant InterMoor, Inc., ("InterMoor") provides the following Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and the Parties' Joint Discovery and Management Plan:

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, identifying the subjects of the information.**

1) Officers, employees and/or representatives of the owners and operators of the M/V PACIFIC DUCHESS. Tidewater Marine, LLC, ("Tidewater") may have knowledge regarding the roles, activities, work, and business relationship of Tidewater and InterMoor and the incident alleged by Edwards.

2) Employees and/or representatives of Defendant InterMoor. These persons, including Carrie Adams, may have knowledge regarding the roles, activities, employment, and business relationships of Plaintiff and Defendants. InterMoor's Houston headquarters are located at 15990 North Barkers Landing Road, Houston,



#101384691v1

Texas 77079. InterMoor alleges that Edwards is not a Jones Act seaman. InterMoor did not own nor operate the M/V PACIFIC DUCHESS.

3) Plaintiff Lawrence Edwards may have knowledge regarding the roles, activities, and employment, and claim.

4) Any other witness identified by any other party to this lawsuit with respect to liability if InterMoor's Motion for Summary Judgment on Jones Act status is denied.

5) Any other witness identified through discovery in this lawsuit.

**B. A copy of, or description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

1) InterMoor Work Records and Exhibits as attached to the Notice of Removal, previously provided.

2) In addition to these documents, Defendant may use any pleadings or documents identified or produced through the course of discovery by any party. As written discovery has not been undertaken at this point, Defendant reserves the right to supplement these disclosures as the course of discovery progresses or as per the Court's Scheduling Order.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

1) Plaintiff is receiving Worker's Compensation benefits from InterMoor.

**D. For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a**

**judgment which may be entered or to indemnify or reimburse for payment made to satisfy the judgment.**

1) InterMoor has a self-insurance retention but will allow inspection of its COI or insurance information. Louisiana Worker's Compensation benefits are being administered by Zurich.

Dated: June 9, 2023

Respectfully submitted,

*/s/ Grady S. Hurley*

GRADY S. HURLEY (#13913),
ABIGAIL WEILAND (#40543)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 4800
New Orleans, LA 70170
Telephone: (504) 582-8000
Fax: (504) 582-8164
Email: ghurley@joneswalker.com
aweiland@joneswalker.com

***Attorneys for Defendants, InterMoor, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by email on all counsel of record this 9th day of June, 2023.

*/s/ Grady S. Hurley*
GRADY S. HURLEY