**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **LAWRENCE EDWARDS** | **CASE NO. 6:23-cv-00649** |
| **Plaintiff,** | **SECTION: DCJ-CBW** |
| **V.** | **DISTRICT JUDGE: DAVID C. JOSEPH** |
| **TIDEWATER MARINE, LLC and INTERMOOR, INC.** | **MAGISTRATE JUDGE: CAROL B. WHITEHURST** |
| **Defendants.** | |

**MOTION OF LAWRENCE EDWARDS TO REMAND TO THE 16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARY FROM WHICH IT WAS WRONGFULLY REMOVED**

Plaintiff, Lawrence Edwards, appearing through undersigned counsel, moves the Court to remand this matter to the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, from which it was wrongfully removed.

The grounds for this motion, as are more fully set forth in the memorandum filed herewith, are as follows:

1.

Plaintiff, who was undisputedly injured while employed by Intermoor, Inc. as an anchor handler, was and unquestionably is a seaman under the Jones Act.

2.

Petitions filed by seamen under the Savings to Suitors provision, 28 U.S. C. § 1333, in Louisiana courts, are nonremovable, may not be removed to this Court, 28 U.S.C. § 1445, and must be remanded.

Respectfully Submitted:

<u>/s/ George W. Byrne, Jr.</u>

R. BRENT CUERIA (#18176)
Cueria Law Firm, LLC
650 Poydras Street, Suite 2740
New Orleans, LA 70130
Telephone: (504) 525-5211
Facsimile: (504) 525-3011
Email: cuerialaw@gmail.com

GEORGE W. BYRNE, JR. (#3744)
Of Counsel
Cueria Law Firm, LLC
650 Poydras Street, Suite 2740
New Orleans, LA 70130
Telephone: (504) 525-5211
Facsimile: (504) 525-3011
E-mail: gwb504@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel via ECF filing on this 13th day of June, 2023.

/s/ George W. Byrne, Jr.