**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LAWRENCE EDWARDS** | § | **CIVIL ACTION NO: 6:23-CV-00649** |
| | § | |
| **versus** | § | **DISTRICT JUDGE: DAVID C. JOSEPH** |
| | § | |
| **TIDEWATER MARINE, L.L.C.** | § | **MAG. JUDGE: CAROL B.** |
| **AND** | § | **WHITEHURST** |
| **INTERMOOR, INC.** | § | |

**TIDEWATER MARINE, L.L.C.'S**
**MOTION FOR SUMMARY JUDGEMENT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant TIDEWATER MARINE, L.L.C., ("TMLLC"), who pursuant to Rule 56 of the Federal Rules of Civil Procedure moves this Honorable Court for Summary Judgment dismissing Plaintiff, Lawrence Edwards' claims. Specifically, in that TMLLC is not the employer of the Plaintiff, it has no Jones Act exposure nor any maintenance and cure obligations. In that TMLLC is not the owner or operator of the M/V PACIFIC DUCHESS, it cannot be held liable under the doctrine of unseaworthiness. For these reasons, Defendant TIDEWATER MARINE, L.L.C. moves this Honorable Court for Summary Judgment and a Dismissal with prejudice.

Respectfully submitted,

*/s/ Delos E. Flint, Jr.*

Delos E. Flint, Jr. (La. Bar No.: 5616)
Destinee F. Ramos (La. Bar No.: 37681)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone No.: (504) 568-1990
Facsimile No.: (504) 310-9195
E-mail: dflint@lawla.com
E-mail: dramos@lawla.com
*Counsel for Tidewater Marine, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2023, a copy of the foregoing pleadings was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel via the Court's electronic filing system.

*/s/ Delos E. Flint, Jr.*