**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LAWRENCE EDWARDS** | § | **CIVIL ACTION NO: 6:23-CV-00649** |
| | § | |
| **versus** | § | **DISTRICT JUDGE: DAVID C. JOSEPH** |
| | § | |
| **TIDEWATER MARINE, L.L.C.** | § | **MAG. JUDGE: CAROL B.** |
| **AND** | § | **WHITEHURST** |
| **INTERMOOR, INC.** | § | |

**AFFIDAVIT OF VINCENT R. ALMERICO, III**

STATE OF TEXAS

COUNTY OF HARRIS

**BEFORE ME,** the undersigned authority, personally came and appeared Vincent R. Almerico, III who after being duly sworn, deposed, and said:

1. Tidewater Marine, L.L.C. is a Louisiana Limited Liability Company (hereinafter "TMLLC") with its domicile and registered agent at 8550 United Plaza Building II, Ste. 305, Baton Rouge, Louisiana 70809.
2. TMLLC's sole member is Tidewater Inc., a Delaware Corporation.
3. Plaintiff, Lawrence Edwards, was never an employee of TMLLC or any other Tidewater entity.
4. At no time did TMLLC own, operate, or otherwise control the *M/V PACIFIC DUCHESS.*
5. Tidewater Offshore Operations PTE. LTD. is a Singaporean company with its headquarters and principal place of business in Singapore.

EXHIBIT
1

6. Tidewater Offshore Operations PTE. LTD. does not have any office, real property, or employees in Louisiana.
7. Tidewater Offshore Operations PTE. LTD. is not registered to do business in Louisiana, nor does it have a registered agent for service of process in Louisiana with the Louisiana Secretary of State.
8. Tidewater Offshore Operations PTE. LTD. is the owner of the *M/V PACIFIC DUCHESS.*
9. The *M/V PACIFIC DUCHESS* is a Singaporean flagged vessel.
10. The *M/V PACIFIC DUCHESS* was chartered to a Mexican corporation, Eni Mexico S. de R.L. de C.V. ("ENI Mexico"), for use in Mexican oilfield support.
11. ENI Mexico, the Charterer of the *M/V PACIFIC DUCHESS,* contracted with other companies to provide personnel for the Mexican oilfield project.
12. On December 23,2022 at 21:45 hrs, the *M/V PACIFIC DUCHESS* was located at Latitude, 18°42'11.0"N, and Longitude, 93°26'07"W (the southernmost portion of the Bay of Campeche) off the coast of Mexico.
13. TMLLC had no involvement with the alleged injury to Mr. Edwards in this case.

14. Neither TMLLC, nor its personnel or equipment, had any involvement with the alleged injury to Mr. Edwards in this case.

FURTHER AFFIANT SAITH NOT

DATED THIS 15th day of June 2023

Vincent R. Almerico, III

SUBSCRIBED AND SWORN TO BEFORE ME this 15th day of June, 2023

ANN MAIR COWPER
NOTARY PUBLIC
STATE OF TEXAS
ID# 8803585
EXPIRES 8-22-2026

NOTARY PUBLIC

Case 6:23-cv-00649-DCJ-CBW Document 15-2 Filed 06/16/23 Page 1 of 2 PageID #: 147

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA LAFAYETTE-
OPELOUSAS DIVISION

| | |
|---|---|
| LAWRENCE EDWARDS | CASE NO. 6:23-cv-00649 |
| Plaintiff, | SECTION: |
| V. | |
| | DISTRICT JUDGE: DAVID C. JOSEPH |
| TIDEWATER MARINE, LLC and INTERMOOR, INC. | |
| | MAGISTRATE JUDGE: CAROL B. WHITEHURST |
| Defendants. | |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, the undersigned notary public, personally came and appeared Lawrence Edwards, a person of the full age of majority, who did depose and state as follows:

1.

That on the date of the accident at issue, on or about December 24, 2022, I was an employee of Intermoor, Inc. and they assigned me to work aboard the M/V PACIFIC DUCHESS.

2.

That at the time of the accident at issue, I was performing work in service of the vessel as an anchorhandler aboard the M/V PACIFIC DUCHESS.

EXHIBIT 2

tabbies

Case 6:23-cv-00649-DCJ-CBW Document 19-2 Filed 06/15/23 Page 5 of 5 PageID #: 182

3.

That on the day of the accident at issue, my fellow crewmembers and I were subjected to extreme danger in operation of the M/V PACIFIC DUCHESS due to rough seas, while performing our duties aboard this anchorhandling vessel.

4.

That on the day of the accident at issue, I was injured when a large wave hit the M/V PACIFIC DUCHESS, pushing me toward the edge of the vessel. I was able to grab a line to prevent myself from going overboard, but the force of the wave pinned my left ankle down and caused other significant injuries, including but not limited to, my back, neck, lower-back and mid-back, left knee, and left ankle.

LAWRENCE EDWARDS

SWORN TO AND SUBSCRIBED BEFORE ME THIS 13th DAY OF June, 2023.

NOTARY PUBLIC #3744