**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LAWRENCE EDWARDS** | § | **CIVIL ACTION NO: 6:23-CV-00649** |
| | § | |
| **versus** | § | **DISTRICT JUDGE: DAVID C. JOSEPH** |
| | § | |
| **TIDEWATER MARINE, L.L.C. and INTERMOOR, INC.** | § § | **MAG. JUDGE: CAROL B. WHITEHURST** |
| | § | |

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF DEFENDANT TIDEWATER MARINE, L.L.C.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Tidewater Marine, L.L.C., (TMLLC), hereby submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

1. Plaintiff, Lawrence Edwards, was employed by InterMoor, Inc. (*Exhibit "2," Affidavit of Lawrence Edwards*)
2. Plaintiff, Lawrence Edwards, was never an employee of TMLCC or any other Tidewater entity. (*Exhibit "1" Affidavit of Vincent R. Almerico, III*)
3. At no time did TMLCC own, operate, or otherwise control the *M/V PACIFIC DUCHESS*. (*Exhibit "1" Affidavit of Vincent R. Almerico, III*)
4. The *M/V PACIFIC DUCHESS* was chartered to a Mexican corporation, Eni Mexico S. de R.L. de C.V. ("ENI Mexico"), for use in Mexican oilfield support. (*Exhibit "1" Affidavit of Vincent R. Almerico, III*)

Respectfully submitted,

*/s/ Delos E. Flint, Jr.*

Delos E. Flint, Jr. (La. Bar No.: 5616)
Destinee F. Ramos (La. Bar No.: 37681)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone No.: (504) 568-1990
Facsimile No.: (504) 310-9195
E-mail: *dflint@lawla.com*
E-mail: *dramos@lawla.com*
*Counsel for Tidewater Marine, L.L.C.,*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2023, a copy of the foregoing pleadings was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel via the Court's electronic filing system.

*/s/ Delos E. Flint, Jr.*