UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE EDWARDS** | **CASE NO. 6:23-CV-00649** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **INTERMOOR INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for REPORT AND RECOMMENDATION [Doc. 80]. After an independent review of the record, noting the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 88] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION TO REMAND [Doc. 15] is DENIED.

THUS, DONE AND SIGNED in Chambers, on this 5th day of October 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE