UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE EDWARDS** | **CASE NO. 6:23-CV-00649** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **INTERMOOR INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, as well as the untimely filed Opposition to the Motion to Dismiss with an incorporated Objection to the Report and Recommendation [Doc. 109], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 105] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Tidewater, Inc.'s MOTION TO DISMISS [Doc. 100] is GRANTED insofar as the Court lacks personal jurisdiction over Tidewater, Inc., and the claims asserted by the Plaintiff against Tidewater, Inc. are DENIED AND DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, on this 27th day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE